157 So. 233

## JASPER LAND CO. v. Vannah RIDDLESPERGER.

### 6 Div. 613.

Supreme Court of Alabama.
Oct. 18, 1934.

Coleman D. Shepherd, of Jasper, for petitioner.

L. D. Gray and J. B. Powell, both of Jasper, for respondent.

BOULDIN, Justice.

Petition of the Jasper Land Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Jasper Land Co. v. Vannah Riddlesperger, 157 So. 231.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.